IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

METROPOLITAN LIFE INSURANCE
COMPANY,

      Plaintiff,

v.                            CASE NO. 1:11cv259-SPM/GRJ

DORETHA DEVEER, JEFFREY
SMITH, GREGORY SMITH, and
CINDRA DOLAN,

      Defendants.

_____/

## ORDER

THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated August 13, 2012 (doc. 13). The parties were afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

I have determined that the report and recommendation should be adopted.  Accordingly, it is hereby ORDERED as follows:

1.      The magistrate judge's report and recommendation (doc. 13) is ADOPTED and incorporated by reference in this order.

2.      Plaintiff Metropolitan Life Insurance Company's Unopposed Motion for Interpleader and for Dismissal from this Action without Prejudice (doc. 11) is

granted.

3       Plaintiff Metropolitan Life Insurance Company (MetLife) shall deposit the plan benefits, $10,000 plus any applicable interest, into the Court's registry on or before October 11, 2012.

4.      The Defendants, Doretha DeVeer, Jeffrey Smith, Gregory Smith, and Cindra Dolan, along with their heirs, successors, assigns, officers, agents, servants, and attorneys and those in active concert or participation with them who receive actual notice of this Order, are enjoined from instituting any action or proceeding in any court against MetLife, General Motors, Inc, or the General Motors Group Insurance Plan arising out of or relating to the plan benefits payable as a consequence of the death of Harvey G. Smith.

5.      Upon deposit of the plan benefits into the Court's registry, MetLife shall be dismissed from this action with prejudice. MetLife, General Motors, Inc., and the General Motors Group Insurance Plan will be discharged from any and all liability to Defendants for any and all claims and causes of action arising out of or relating to the plan benefits.

6.      This case is referred back to the magistrate judge for further proceedings.

DONE AND ORDERED this 11th day of September, 2012.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge

CASE NO. 1:11cv259-SPM/GRJ