IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

METROPOLITAN LIFE INSURANCE
COMPANY,

      Plaintiff,

v.                                      CASE NO. 1:11cv259-SPM/GRJ

DORETHA DEVEER, JEFFREY
SMITH, GREGORY SMITH, and
CINDRA DOLAN,

      Defendants.
_____/

## ORDER DIRECTING CLERK TO RETURN FUNDS

Upon consideration, Plaintiff Metropolitan Life Insurance Company's Motion for Reimbursement of Funds Incorrectly Deposited into the Court's Registry (doc. 17) is granted. The clerk shall return $14,347.51 to Metropolitan Life Insurance Company and Metropolitan Life Insurance Company shall deposit the correct funds into the Court's registry.

DONE AND ORDERED this 27th day of September, 2012.

                                                  *s/ Stephan P. Mickle*
                                                  Stephan P. Mickle
                                                  Senior United States District Judge